IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLENE TOMEL, | ) CIVIL NO. 09-00195 HG-KSC |
| | ) |
| Plaintiff, | ) FINDINGS AND |
| | ) RECOMMENDATION TO DISMISS |
| vs. | ) THIS ACTION WITHOUT |
| | ) PREJUDICE |
| JOHN WAIKIKI | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### FINDINGS AND RECOMMENDATION TO DISMISS
### THIS ACTION WITHOUT PREJUDICE

Based on the letter signed by Plaintiff Darlene Tomel, which the Court received on June 10, 2010, and wherein Plaintiff indicated that she wished to dismiss this case without prejudice, the Court HEREBY FINDS AND RECOMMENDS that the district court DISMISS the action WITHOUT PREJUDICE.

IT IS SO FOUND AND RECOMMENDED.

DATED:   Honolulu, Hawaii, June 15, 2010.

_____
Kevin S.C. Chang
United States Magistrate Judge

TOMEL V. WAIKIKI; CIVIL NO. 09-00195 HG-KSC; FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE