IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARLENE TOMEL, ) | CIVIL NO. 09-00195 HG-KSC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOHN WAIKIKI, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER ADOPTING MAGISTRATE'S**
**FINDINGS AND RECOMMENDATION (Doc. 42) TO DISMISS**
**THIS ACTION WITHOUT PREJUDICE**

Findings and Recommendation having been filed and served on all parties on June 15, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 42) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 23, 2010.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge